United States District Court

District of Minnesota

1983 civil complaint

RECEIVED BY MAIL

JAN 2 0 2026

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Plantiff: Javier Patton

Vs.

26-cv-497-ECT/JFD

Defendants = Kids Peace Mesabi Academy Juvinele Fac.
STAFF = Devin, STAFF, Brandon, STAFF Amanda, and
STAFF Trinidad.

SCANNED

JAN 2 0 2026

U.S. DISTRICT COURT MPLS

Statement of Facts

(1). Complaint

in 2014, I was being held at the Above place,
"Kids Peace mesubi Academy Juvinele facility.
When STAFF Devin - A female Adault, Sexually assaulted
me At Age 13-14, forcing me to perform oral sex on her
and inserting my fingers inside of her, by using lies to get me
"out = faster, and by threatening to keep me there longer
if I "snitched", even I told her multiple times that I
didn't want to do things with her, she then involved a male Adult
STAFF - Trinidad" who encourage me to do sexual favors for
& her, and even Him, in which he would penetrate me
from behind with his Penis against my cries, will,
and Asking him to please stop. This went on for months,
I would need my files to give exact dates and times.

(2)
In the same year, I suffered beatings by an Adult male
STAFF Named Brandon, at one Evening, I had a fight with
a kid my Age 13-14, and Brandon, Began Beating me in my
face with closed fist, then elbowing me above the body
busting me open till I bled out and needed a Hospital Run.

On the Second occassion, Brandon come into my Room and Began Beating up my Face til the point I blacked out and Needed medical attention.

3.) This staffs named is Amanda, shes an adult female. She was much larger than me, and would come into my Room at Night and began hitting me, getting on top of me and inserting my penis inside of her. I was Afraid and intimidated by her size and authority so I complied. I felt terrible and hurt when she would grab my face real tight and tell me "you better not say shit to anybody" ONE occassion she came in at night and tried to mostarbate me, I was not erect and she Yanked my penis til it hurt and I cried and begged her to stop. She once pulled me into an office, tried to have sex with me, I said no, leave me Alone" She slapped me a number of times.

4.) there was a Number of other times these sexual assaults happened but I would Need the Files From it All through discovery to show the courts.

All these incidents and violations happened even Times After I Reported them to case managers and higher ups which led to investigations, but they Never Stopped the staff from sexually abusing and Sexualy assaulting me. Which is why I Named the entire Facility as a Defendant until I can get names.

of my other Defendants.

5.) these crimes and violations were "cruel and unusual Punishment, Deliberate indifference, Failure to Protect." and other constitutional violations that I cant Name and would Ask the court to Name them for me. I have no experience litigating, Some one is helping me. I have no school since Age 13-14. I have severe degrees of mental Illness due to these violations against me and would like the courts to Please be Patient with me and understanding because I am Just getting my mind back.

6.) I would like to say that I was hurt and in Pain then, and Now, and will forever suffer from what happened to me by these staff and this facility.

                    Relief Requested

7.) I would like to Ask for $15,000,000 for Emotional and mental Damages.
  $15,000,000 for Punitive Damages
  $15,000,000 for Physical Pain and suffering.


8.) I Also Ask the courts to help me Find the Address to my Defendants because I cant Recall it by Thought.

Q. I End this complaint with Sincerity in great hopes that the courts will allow me my Day in court to tell my case, open up files and prove my facts to the Public Etc.

Plantiff address
MR. Javier Patton #

Mcf. Rush city
7600 525th Street
Rush city MN, 55069

Defendants Address UK.
Kids Peace mesabi academy Juvenile Facility Et AL.