UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Javier Patton,                                    File No. 26-cv-497 (ECT/JFD)

      Plaintiff,

v.                                                **ORDER ACCEPTING REPORT
AND RECOMMENDATION**

KidsPeace Corporation, KidsPeace Mesabi
Academy, Inc., Devin, Brandon, Amanda,
and Trinidad,

      Defendants.

Magistrate Judge John F. Docherty issued an Order and Report and Recommendation on May 28, 2026. ECF No. 13. No party has objected to the Order and Report and Recommendation, and the Report and Recommendation is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1.     The Report and Recommendation [ECF No. 13] is **ACCEPTED**;

2.     Plaintiff Javier Patton's Complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE** as time-barred, to the extent it brings claims against Defendant "Brandon"; and

3.    The Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim, to the extent that it asks the Court to identify "other" unspecified constitutional violations.

Dated:  June 25, 2026                              s/Eric C. Tostrud
                                                   Eric C. Tostrud
                                                   United States District Court